**Order entered January 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01067-CR

**MATTHEW LEON HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-24655-J**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's record within

**TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary

Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal

Records Division; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE
